UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| LARRY TANG, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )  No.  5:11-cv-05112 JLH |
| | ) |
| NORTHPOLE, LTD., and | ) |
| TOFASCO OF AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

DEFENDANT NORTHPOLE, LTD.'S DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Federal Rule 7.1, Defendant Northpole, Ltd. makes the following disclosures:

1. The parent companies of the corporation:  None

2. Subsidiaries not wholly owned by the corporation:  None

3. Any publicly held company that owns ten percent (10%) or more of the corporation:  None

Dated: July 21, 2011                                    Respectfully submitted,

By:  /s/  Kevin A. Crass
Kevin A. Crass, #84029
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522
501-376-2011 (telephone)
Crass@fridayfirm.com

Nicholas B. Clifford, Jr., #44477MO *(pro hac vice)*
Richard L. Brophy, #59731MO *(pro hac vice)*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314-621-5070 (telephone)
nclifford@armstrongteasdale.com
rbrophy@armstrongteasdale.com

*ATTORNEYS FOR DEFENDANT
NORTHPOLE, LTD.*

## CERTIFICATE OF SERVICE

I, Kevin A. Crass, certify that on July 21, 2011, the foregoing was electronically filed with the Clerk of Court which shall send notification of filing to the following:

**Darrell W. Gibby**
gibbylaw@att.net,dgibby417@gmail.com

**Marshall S. Ney**
mney@mwlaw.com,jgarrett@mwlaw.com,ccomer@mwlaw.com;

**Stephen L. Sulzer**
ssulzer@manatt.com; AStaltari@manatt.com; csadler@manatt.com;

**Todd P. Taylor**
ttaylor@manatt.com,AStaltari@manatt.com

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fridayfirm.com
Attorneys for Defendant,
NorthPole Ltd.