# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## AT FAYETTEVILLE

| | |
|---|---|
| **LARRY TANG** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Case No. 5:11-cv-05112-RTD |
| ) | |
| **NORTHPOLE Ltd. and** ) | |
| **TOFASCO OF AMERICA, INC.** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |
| **NORTHPOLE Ltd. and** ) | |
| **TOFASCO OF AMERICA, INC.** ) | |
| ) | |
| **Counter-Claim Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LARRY TANG** ) | |
| ) | |
| **Counter-Claim Defendant** ) | |

### AMENDED FINAL SCHEDULING ORDER

NOW ON this 28th day of August, 2014, the Court issues its Amended Final Scheduling Order in this case and states as follows:

1. All Orders setting any court date(s) and any Scheduling Order(s) entered in the past have either been or are hereby now vacated.

2. The parties shall complete fact discovery on or before April 30, 2015.

3. The parties shall file any amended pleadings or motions to join other parties on or before May 1, 2015.

4. The parties shall designate any expert witnesses and provide expert witness reports on issues for which the party bears the burden of proof on or before May 1, 2015.

907502.1

      5.      The parties shall designate any expert witnesses and provide expert witness reports on issues for which the party does not bear the burden of proof on or before June 1, 2015.

      6.      The parties shall complete the depositions of any expert witnesses on or before August 31, 2015.

      7.      The parties shall file any dispositive motions (including *Daubert* motions) on or before September 30, 2015.

      8.      The jury trial for this case shall be rescheduled for the week of December 7, 2015.

      9.      The parties shall file their proposed jury instructions and any motions in limine on or before November 23, 2015.

IT IS SO ORDERED this 28th day of August, 2014.

                                                      /s/ Robert T. Dawson
                                                      Honorable Robert T. Dawson
                                                      United States District Judge

907502.1